# United States District Court
## Southern District of Georgia

Milby Winn and Sylvia Winn

_____
Plaintiff

Case No.   6:21-cv-00091

v.   Screven Gin Co., Inc., Growers Gin Holdings, LLC, and Russell Rosier

_____
Defendant

Appearing on behalf of

Plaintiffs

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __20th__ day of __March__, __2023__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   E. Michael Moran

Business Address:   Law & Moran
Firm/Business Name

563 Spring Street NW
Street Address

Atlanta     GA     30308
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

Telephone Number (w/ area code)     Georgia Bar Number

Email Address:   mike@lawmoran.com