IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MILBY WINN and SYLVIA WINN,          *
                                     *
        Plaintiffs,                  *
                                     *
           v.                        *          CV 621-091
                                     *
SCREVEN GIN CO., INC.; GROWERS        *
GIN HOLDINGS, LLC; and RUSSELL       *
ROSIER,                              *
                                     *
        Defendants.                  *

---

O R D E R

---

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 84.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ⟨14th⟩ day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA